FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
NOV 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID HAMILTON,

Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

Respondents.

NO. CV 07-6458-JVS (E)

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2.1.08.

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HAMILTON, Petitioner, v. PEOPLE OF THE STATE OF CALIFORNIA, et al., Respondents. | NO. CV 07-6458-JVS (E) REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

This Report and Recommendation is submitted to the Honorable James V. Selna, United States District Judge, pursuant to 28 U.S.C. section 636 and General Order 01-13 of the United States District Court for the Central District of California.

**BACKGROUND**

Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on October 4, 2007. Because it appeared from

the face of the Petition that Petitioner was not entitled to habeas relief because he failed to exhaust available state remedies, the Magistrate Judge issued an Order to Show Cause on October 18, 2007. ordering Petitioner to show cause in writing, within thirty (30) days of the date of the Order to Show Cause, why the Petition should not be dismissed without prejudice for failure to exhaust available state remedies.

On November 6, 2007, the Order to Show Cause was returned to the Court undelivered, marked "undeliverable as addressed - no forwarding order on file." As of the date of this Report and Recommendation, Petitioner has not filed any response to the Order to Show Cause.

**DISCUSSION**

The Petition should be denied and dismissed without prejudice for failure to prosecute. Petitioner failed to file a timely response to the Order to Show Cause, despite a Court Order that he do so. The Court has inherent power to dismiss an action for failure to prosecute and failure to obey a court order. Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003); see Fed. R. Civ. P. 41(b).

///

///

///

///

///

**RECOMMENDATION**

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying and dismissing the Petition without prejudice.

DATED: November 29th, 2007.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE