LODGED
CLERK, U.S. DISTRICT COURT
NOV 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
FEB -5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON, | NO. CV 07-6458-JVS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____2.1.08_____.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE